

**ORDERED in the Southern District of Florida on June 12, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

IN RE:

DAX INTERNATIONAL BROKERS, INC.          Case No.: 26-15092-CLC
                                         Chapter 11

      Debtor.

_____/

### ORDER GRANTING DEBTOR'S MOTION TO REJECT COMMERCIAL LEASE AGREEMENT AND SETTLEMENT AGREEMENT WITH WMG MEDLEY OWNER, LLC

THIS MATTER came before the Court on Wednesday, June 10, 2026 at 10:30 a.m. in Miami, Florida upon the Debtor DAX INTERNATIONAL BROKER, INC.'s (the "Debtor") Motion to Reject Commercial Lease Agreement and Settlement Agreement with WMG Medley Owner, LLC [Dkt. No. 44] (the "Motion"). The Court having reviewed the record, having heard the arguments of counsel at hearing, and being otherwise fully advised in the premises, it is hereby

**ORDERED** as follows:

1.     The Motion is **GRANTED**.

2.     The Commercial Lease Agreement and Settlement Agreement attached as exhibits to the Motion are deemed rejected effective as of May 18, 2026, which is the date that the parties agree that the property located at 8600 NW South River Drive, Unit 7, Medley, Florida 33166 was surrendered to WMG Medley Owner, LLC.

3.     To the extent that any personal property and/or hazardous materials belonging to the Debtor remain at the property located at 8600 NW South River Drive, Unit 7, Medley, Florida 33166 or the common elements related thereto, such personal property and/or hazardous materials must be removed by the Debtor within five (5) business days of the date of this Order.

4.     **Any proof of claim for damages arising from the rejection must be filed no later than the latest to occur of: (1) the time to file a proof of claim under Bankruptcy Rule 3002(c) or Local Rule 3003-1; (2) 28 days after entry of this order; or (3) 28 days after the effective date of the rejection.**

###

Submitted by:  Nicholas G. Rossoletti Esquire
Florida Bar No. 51466
Bilu Law, P.A.
2760 W. Atlantic Boulevard
Pompano Beach, Florida 33069
nrossoletti@bilulaw.com

Attorney Rossoletti shall serve a copy of this Order on all interested parties and file a certificate of service with the Court.